Our next case on the call the docket today is agenda number nine Consolidated cases case numbers 1 1 2 2 1 9 1 1 2 221 and 1 1 2 2 23. There's multiple parties here for sake of simplicity. I'll refer to it as con versus BDO Seidman or Seidman you'll correct me. I'm sure a council for the appellants. Please proceed Good Morning your honors may it please the court My name is Tim meetin and I represent Deutsche Bank and for purposes of the oral argument will also be representing David parse Plaintiff's complaint Alleges that the defendants committed fraud in 1999 and 2000 by luring them into an investment scheme Where according to the plaintiff's complaint the defendants Deutsche and parse manipulated option prices so that there was no way plaintiffs could ever make any money from their investment and By assuring them that if they did have losses on their investment that those losses could be offset other taxable gains that they may have Plaintiffs paid Deutsche Bank over 1 million in fees in 1999 and 2000 to participate in what the plaintiffs described in their complaint as a fraudulent investment The plaintiffs did not file their lawsuit against Deutsche Bank and parse until July 6 of 2009 The trial court granted our motion to dismiss based on the statute of limitations grounds For several reasons first of all the trial court found that there was an injury in 1999 and 2000 when fees were paid to Deutsche Bank and that injured the plaintiff according to the plaintiff's own complaint and secondly after that cause of action accrued the plaintiff knew at the latest by May of 2003 That he was injured and that it was wrongfully caused The reason the trial court found That the plaintiff knew by that date was after the plaintiff made his initial investment in 1999 the IRS put out a bulletin almost four days later after the original option trade where there was a loss In that bulletin they described this tax shelter and said we are not going to recognize these Losses because they're contrived They're not real losses. They have no economic substance nevertheless plaintiff again participated in an investment in 2000 after being assured according to his complaint that this time he really would make money Again, he lost again in 2000. There was an IRS notice that according to the plaintiff's complaint stated unequivocally and Clearly that this was an illegal and abusive tax shelter Nevertheless after that second notice plaintiff had entered into that Transaction in 2000 and again in 2001 which did not involve Deutsche Bank. What knowledge can be attributed? attributed to Khan in 99 2000 that the tax shelters he created would be disallowed by the IRS Is it the fact that he had accountants that work for them him that should have told him or is there something else? Your honor, there's actually several things. First of all, we know he lost in 99 and 2000 he experienced these losses secondly We know that the IRS has put out tax notices in 99 and 2000 warning against these illegal and abusive tax shelters, but moreover in 2002 the IRS goes to federal court and it summons information from BDO Seidman and Tries to get their tax files which included the plaintiffs Plaintiffs intervened in that person in that proceeding in 2002 and said Those tax files my tax files are privileged that went up to the Seventh Circuit later He intervened again in 2003 mind you all before the five-year time period would run starting in 2004 What I think is really important to to understand is after he receives his notice of tax audit in May of 2003 He says in a pleading later that in 2003 after he became aware that these notices were out there that he disagreed That he had to hire counsel That was a pivotal point for the trial court because at this point he says in this complaint We should have been aware of those tax notices. He now says he is and yet After he hires counsel he waits another year and couple months before he files lawsuit against us in this case, however on July 23rd of 2003 Again six years before he files this lawsuit He files he's part of a class-action called the Denny lawsuit, which is suit which was filed in the Southern District of New York That is referred to in the record below We have the Denny class-action complaint and if you look at the Denny class-action complaint it almost mirrors the complaint in this case He talks about fraud by Deutsche Bank. He talks about fraud by David Parks He talks about accountants and what they led him to believe It's virtually the same complaint. He filed six years later yet. He says he doesn't have enough information to file until 2009 so the facts in this case with those tax notices with his Intervention in the federal court which by the way the petition Which is referred to again in the record in the cases that we had cited The petition that was filed by the IRS said that they were filing it against BDO Simon because of their abusive tax shelters That's the case. He intervened in two years is the difference. Mr. Eaton that I noted in this case the case before us it would seem that The plaintiff is not asserting any lost potential problems Profits rather that the assertion here seems to be it's just based on the tax liability So does that is there any distinction in that that in the tax liability case? we're looking at the assessment of the tax penalty versus the class-action six years earlier, which Would I presumably go into those lost potential profits? Your honor I agree that he's not that he is not Claiming losses due to the lost investment, but what he is claiming in this case, which is a separate injury Is that he wants a discouragement of the fees that he paid the Deutsche Bank in 1999 in 2000? And I don't think there's any question that that was an injury that he claimed as a result of entering into what he calls a bogus Investment and I think it's important To take note that there are two components to his complaint here. First of all his allegations against Deutsche Bank unrelated to the tax shelter are That this was not really an investment that I was a predestined loser in a rigged bid That the bank fraudulently induced me into investing these premiums and options that had no chance of gain That the bank failed to disclose the true likelihood that these contracts would pay out These are fraudulent allegations against the bank Unrelated to the tax shelter. So what happens ultimately in terms of what additional damages he may have incurred in 2008 when he actually gets to notice his deficiency is really irrelevant because this court has held repeatedly In the gala case that we cite there's a number of appellate court decisions We cite that once there is an injury the fact that he may have later injuries does not prevent the cause of action from accruing and the statute of limitations from running and There are two separate injuries that he's claiming here and in fact the appellate court noted very correctly That Khan was saying I have an investment injury here because I paid Premiums and I was also told which by the way if those investments don't pan out Investments by their very nature may have some risk. I can deduct the losses through this Mechanism by flating the basis of certain partnership liquidating those partnerships and then taking those losses against gains That's what he had argued in the appellate court yet the appellate court Respectfully ignored the injury Justice Thomas to your point That he incurred earlier when he paid premiums For an investment that he claims were a sham investment. He doesn't say oh, I was just going along with this I knew I wouldn't make any money because I was trying to create losses for the tax shelter later He makes an independent claim against Deutsche Bank for misleading him into this investment Opportunity and he wants his premiums back Now he could have sought those at any time after the year 2000 Particularly when a tax notice that the IRS had sent out says that the purpose of these shelters are to create losses Shouldn't that put him on notice at that point that there was really never an opportunity for him to make money He was told in those both notices and they even described in the second notice this digital option Strategy was a very tax shelter He entered into that the purpose was to create losses their contrived losses They have no economic benefit at that point. He clearly is on notice as to Deutsche Bank And as to David Parse in their involvement The cases that he relies upon and that the appellate court relied on are simply not applicable here Those cases the federated cases out of the first district Related to an accounting malpractice case and the court said in that case where you're talking about professional negligence That he did not incur any loss until the IRS ultimately determined that there was a loss And the public policy behind finding that is that they wanted to keep the plaintiff Working with his accountant to see if the accountant could persuade the IRS that they were right That case did not involve fraud That case involved professional negligence and that's been the same rule of law That again the appellate court is addressed in the context of legal malpractice cases They are saying just because you've alleged malpractice Until there's an actual injury Determined later by a jury or judge. We're not going to find that the cause of actions approved and the time starts to run Here you have an actual injury you have fraud and there really is no public policy basis for encouraging The Plaintiff to stay with in this case a bank that they had no dealings with at the year 2000 and wait nine years If this court were to adopt what the plaintiffs are suggesting they should adopt anyone who is defrauded In a tax shelter deal or any type of deal where there may be some sort of later Result would have to wait all of that time before they could do anything Until there was an ultimate decision in this case. I think we've stated in our briefs It's still not clear to us whether or not there's been a final resolution of his tax liability We know that there was an appeal to the tax court. We know there's notice of deficiency in 2008 but it's still unclear. So you imagine if you create a policy that would require Someone who's been defrauded When I'm talking about professional negligence, we're talking about fraud by his own allegations would have to wait nine ten eleven years Even though in those circumstances like in here They have incurred an injury by paying over a million dollars to what they called a sham investment So we would respectfully ask that this court Agree with the trial court that he was on notice That there had been fraud committed by the bank he was on notice that it had been wrongfully caused because the IRS notices were clear and He hired a lawyer after according to his own words he disagreed with those notices and he felt he needed to hire a lawyer and He filed a class-action lawsuit essentially making the same allegations against us in July of 2003 Second issue that we raise is the court's finding in the appellate court about fiduciary duty in this case there was Contact with BDO Seidman which had a long-standing relationship with the plaintiff according to the complaint and as a matter of fact The introduction to Deutsche Bank according to the complaint and I'm reading from paragraph 34 Because of BDO Seidman's unique relationship with plaintiffs the trust and confidence that this relationship created BDO Seidman knew that if BDO Seidman recommended the investment strategy to the plaintiffs plaintiffs would likely follow the recommendations made in that investment strategy and Indeed the plaintiffs did follow BDO Seidman's recommendations They were introduced to Deutsche Bank through a telephone call in September of 1999 David Parse participated in that call He described the mechanism by which the option transaction would occur and then in November of 1999 the plaintiff signed a Confirmation agreement at the time of the purchase of the options which said We don't rely on anything that's been said to us previously By the bank we're making this judgment independent of any of those conversations We're not relying on those conversations. They proceeded they signed the agreement and they lost in December and So what we contend and what I think the trial court correctly found is there was no fiduciary duty by Deutsche Bank in Which the plaintiff just says reiterated the same thing It doesn't matter at which point The deficiency should have been could be established through Was it a claim for actual damages could be made? No, I see those as two separate issues your honor what? I'm referring to now is the appellate court finding that because there was a fiduciary duty between Deutsche Bank that they couldn't disclaim it later when the plaintiff signed a Disclaimer clause in the confirmation agreement that's separate and apart from the issue of the statute of limitations The only place were those to connect Which the appellate court addressed was possibly the plaintiff's complaint of fraudulent concealment that if there had been a fiduciary duty Then perhaps Deutsche had a responsibility to advise him That he should have filed earlier, but there's no facts to substantiate that At which point then is what is your position at which point without the deficiency notice? Could plaintiff have established actual damage at which point I? Believe he established. I believe there were actual damages established in 1999 when he paid $350,000 to Deutsche Bank in 2000 when he paid an additional 850,000 and that at the very latest He knew in 2003 that after he hired counsel that the IRS was had said this was an abusive tax shelter and He at that point had incurred Damages and he at that point could have filed and he chose not to he chose to wait another six and a half years Which doesn't really explain why he at this point he knew for certainty That the Internal Revenue Service would not allow any Tax advantage to this and I wouldn't use the word certainty And I don't think this court ever has in applying the discovery rule what you've said is They knew or should have known that it had been wrongfully caused you don't have to prove your cause of action in order to file But what you have to do is be in at least some And at that point he was on notice through his attorney and through those Tax notices that had been sent out by the IRS and by the lawsuit he filed and by the intervention in the 2002 proceeding in federal court that There was an injury because those fees he paid to Deutsche Bank were worthless because they were contrived losses And he was also on it on notice at that point that it was more than likely Wrongfully caused because the IRS is referring to these as abusive tax shelters legal tax shelters That's pretty clear notice that something's awry and in fact We cited the Moorhead case in the northern district of Illinois which also involved Deutsche Bank and judge Kennelly's opinion Where he also dismissed on the statute limitations And he said not only because of the notices by the IRS and we're not back to justice garments question We're not relying totally on just those notices what the trial court what judge Ford found it was after those notices After con said I was aware of those notices, and I needed to hire an attorney That he at that point Knew he'd been injured Knew it might have been wrongfully caused and should have taken some action and on the other side of this were the defendants Whispering in his ear that these are this is a good tax shelter Well he could put no faith in that He does allege that the accountants BDO Seidman Advised him not to take part in a 2002 amnesty program that the IRS and the later 2004 amnesty program, but there's no allegations with respect to Deutsche Bank on that and secondly your honor This plaintiff would have you believe because they've now recharacterized their whole complaint in this because I lost below They're saying well this whole thing is about a tax shelter That's not what they say in their complaint their complaint repeatedly says over and over and over We were duped by Deutsche Bank because we were told we could double our money. We could make a profit We could get this huge return That's the part of the complaint where he he addresses. Thank you your honor. Thank you Good morning, may it please the court. My name is Kay Nord hunt, and I represent the petitioner Grant Thornton LLP The Illinois statute at issue with regard to Grant Thornton, which is two fourteen point two governing the timeliness of lawsuits Brought against accountants has a two-tiered structure It bars claims not asserted within two years of discovery as well as claims Regardless of discovery and accrual not asserted within five years After commitment of the allegedly wrongful act giving rise to liabilities subject to certain stated exceptions Here the trial court was correct in ruling plaintiff's clay case against Grant Thornton was time barred and Grant Thornton requests that the dismissal of this case against it be reinstated Now plaintiffs alleged the defendants in which they always include Grant Thornton Were part of the second investment strategy the coin strategy which had occurred in September 2000 to April 2001 Plaintiffs assert in paragraph 28 of their complaint that defendants in which again they include Grant Thornton Entered into an arrangement where each would receive a certain portion of the fee for each investment sold plaintiffs alleged in paragraph 115 of their complaint that plaintiff con was That he had lost money. He was upset with the first digital options strategy and that he told defendant BDO that My excuse me defendant BDO told con that the coin strategy would provide Substantially more profit potential and at the same time possible tax benefits plaintiff a certain paragraph 122 that there was in fact no Possibility at the time of investment that plaintiffs could ever make a profit in excess of the fees charged Had they known they assert in paragraph 128 They would not have entered into the strategy the coin strategy like the digital options strategy before it is alleged to have been a fraud and Plaintiffs were injured when the investment was made Asserting as damages the fees paid for the fraudulent investment and the complaint Alleges the exact same injuries and the same damages against all defendants including defendant Grant Thornton The true test of the two-year statute of limitations is When did the cause of action ripen here? There can be no doubt that a cause of action occurs when the force is wrongfully put in motion produced injury Here plaintiffs claimed injury in the form of fees paid for the investment in a worthless Investment at the time it was made So while the results of the IRS audit process may be additional claim damages Here the triggering point for the accrual of a cause of action Was back at the time the investment was made and as I read plaintiffs brief It essentially concedes as to Grant Thornton if there is injury prior to assessment Which the assert there is any claim brought against Grant Thornton is barred by the two-year statute of limitations I won't go through all the Notice, it's the same notice that mr. Eaton just went through with regard to Deutsche Bank and parse But based on this record, there is no question that the cause of action accrued by 2003 it's a two-year statute of limitations for Grant Thornton. Therefore the claim against it is time barred Now we have an alternative argument that this court need not reach if the court agrees with Grant Thornton that it's the two-year statute of limitations that a cause of action accrued and that was Discovered and the second argument is the five-year period of repose now With regard to the coin strategy the action of a Grant Thornton ended in 2001 so it would cut off any claims against Grant Thornton after 2006 this lawsuit was not brought until 2009 now there are certain exceptions to the repose statute and one of them is with regard to There has been no assessment and certainly there is no assessment against Thermosphere which is the only tax return that Grant Thornton prepared and again as I understand Plaintiffs responds to Grant Thornton's argument. They agree. There's never going to be an assessment against thermosphere So based on the statute as written There's never going to trigger this exception the exception doesn't apply we're more than five years beyond the 2001 act and therefore for that alternative reason this case is also barred against Grant Thornton so Grant Thornton respectfully requests that this court Reverse the appellate court and reinstate the dismissal against Grant Thornton. Thank you Thank you Good morning, your honors David Frederick for mr. Khan and the other plaintiff appellees for a court of last resort There's been a shocking lack of discussion of what the legal principles are that govern what this court's decision in the case should be And I would advert the court to the very long a distinguished appellate court opinion which drew almost no Criticism this morning the appellate court went into great length about the applicable governing principles And let me just tick off a few that that exist before a claim can accrue There must be damages that is the case in fraud. It is the case in negligence. It is the case in malpractice It's the case in fiduciary duty and for the damages to occur They have to ripen to the point where they can be actionable later in my argument I'll get to the scenario that Deutsche Bank would have you believe should have been engaged in by mr Khan and I would suggest to you that a suit in 2003 would have been met with the defense that it was unripe at that time But for a claim to accrue there have to be damages the damages in our case as properly found by the appellate court did not ripen until the point where the IRS had disallowed the Losses that had been claimed now. Why is that the complaints of Frederick? Let me ask you while you're on that point You are I think you've made pretty clear that you're not seeking in this case You're not seeking damages for lost profits of the chance to make a profit in Connection with the options investment. Is that right? That's correct. And and I think You would probably agree if the complaint And you and you're asserting that your complaint is consistent with that that you're not seeking that Absolutely, and you went even further to say that you know in the brief that we're not seeking that that's correct So my question is should it matter that you're not seeking those damages and If the whole point of the accrual rule is that there must be some actionable harm Why should it matter that plaintiff in this case is willing to ignore it? Does that? Have I stated that artfully? Well, let me put it to you this way I think the facts in this case are different than they are characterized There is a lot of mischaracterization of our complaint going on in their briefs and in the argument today If you look at paragraph 24 of the complaint, what it does is it highlights a two-prong tax? Reducing investment strategy. Mr. Khan wasn't looking for a way to get a tax shelter He was actually looking for a way to get Japanese yen to expand his businesses Which are very profitable and employ a lot of people in the United States his longtime Trusted advisors at BDO came to him and said hey We've got experts that we know over at Deutsche Bank Who can help you figure out how to get the foreign currency that you want? And by the way, you can reduce your taxes if you go to that strategy So mr. Khan being a savvy businessman said hey if there's a way that I can do something to get my foreign currency and reduce My taxes that I I should look into that So lured into that BDO and Deutsche Bank had concocted a scheme to sell not just mr. Khan, but a number of other High net worth individuals that they could engage in this strategy, but the pitch always was Regardless of the outcome of the investment you get to claim your losses on your tax return And it's not just we have confidence that you can claim your losses We encourage you to go to this nationally recognized law firm Jensen Jenkins and Gilchrist They will give you a legal opinion of course you have to pay a couple of hundred thousand dollars to get that legal opinion But this deal had about as gold-plating on it as you could imagine you had an internationally renowned bank You had a nationally renowned accounting firm you had a nationally renowned law firm all giving the rubber stamp To this deal to say you are going to get your losses Allowed by the IRS don't worry if you get audited you will survive an audit And that is what the Deutsche Bank people said that is what the other defendants said and mr. Khan who had been brought into this by his own trusted advisors trusted them to his great regret now But the deal was not so much you you will definitely get some kind of investment gain the deal was Regardless of the investment position you definitely will get to claim losses And this has been vetted by the best tax lawyers that money can buy and you will get through your audit And you should challenge your audit so that by the time These IRS notices come out And they are not specific to the deals that Deutsche Bank and the other defendants had peddled they were speak They spoke in much more general terms mr. Khan is reassured don't worry about those IRS notices They don't apply to this deal you will survive an audit And you should fight it and when the IRS comes out with an amnesty program They say don't participate in the amnesty program because you will survive the audit you don't need to it's for a different kind of a Deal than what you participated in as I understand your argument then today you're you're not saying we're keeping out of our complaint Of the potential lost profits you're saying that really isn't What the background and backdrop of this is all about absolutely and that's the import of this whole deal as far as mr. Khan is concerned was the tax benefit the for mr. Khan it was a two-pronged thing one we sell you an opportunity to make an investment gain But regardless of what happens with the investment gain or loss you definitely will get to assert a tax loss on your tax returns That was if you if you had included the knowledge of the investment going south in your complaint Is there a different issue than before the court does mr. Eaton have a better argument then well as to when you had knowledge Aren't they I think part of his position is they're so intertwined that when you had knowledge of the Investment going south when you had knowledge of the class action regarding that investment That you had knowledge at that point that the the tax benefit might also be an issue No Let me address both of those because I think you're your Question assumes a couple of facts that we would dispute quite heavily One is that we knew that the fact that the investment went south somehow Led to some thought of wrongdoing that was not how this was presented at all and it wasn't until 2008 when we hired experts to unravel these Transactions that we were able to infer that there was no chance of ever getting an investment gain Secondly mr. Eaton Several times says that mr. Khan filed a lawsuit as part of the class action. That is not true Mr. Khan was not aware of the class action. He was apparently an unnamed class member He never got notice of the class action It was a completely different deal and it went to the law firm and not to the participation of these particular defendants Anyway, so what what we have here is a situation in which had mr Khan followed the advice that mr. Eaton would give which is to file suit in 2003 they would be making the very same argument we are making which is that their claims are not right They've suffered no damage. We promised them an opportunity to get a tax loss. The audit is still occurring We have been advised that the audit will come out in. Mr. Khan's favor There is no reason for the court to waste their time on it to completely speculative and hypothetical laws Is that why is that would that be your answer to why he shouldn't have been put on notice in? 2002 and he intervened in the BDO Sideman Proceedings to when they wanted his tax What he was seeking to do was to ensure that if he litigated against the IRS and tax court Eventually, he would be able to claim privilege for the documents and records that were being created by virtue of his Advisors at BDO that was what was going on with the intervention there It was not it didn't have to do with a belief of fraud at the time or even negligent misrepresentation Throughout this period. Mr. Khan is believing his advisor saying you're going to get through the IRS process unscathed and it wasn't until 2008 when the IRS issues its deficiency notice Saying you're your your structures there did not have the requisite economic substance in order to allow your losses to be Occurring that there became any Damage that he actually suffered because the fees he had paid in 1999 and 2000 were for a two-pronged strategy Either get an investment gain or regardless you will get a tax loss and that's why he pays the fees He doesn't lose anything off those fees in 99 or 2000 until the IRS disallows his losses and that doesn't occur until 2008 Now So with respect to the With respect to the hypothetical that they would have you do I? Would submit to you that that is contrary to the long-standing decisions of this court and other courts That look at when the loss is sustained and contrary to Deutsche Bank's argument here The analogy is perfectly apt to legal malpractice and accounting malpractice in those Situations the courts in this state have consistently held that there is no loss That's actionable against the accountant or the lawyer in that situation until the IRS has issued a deficiency notice or assessment and And and that is for the very good reason that we don't want in the law to encourage Lawsuits against advice givers Prior to there being an accrual of an actual loss. So so how do you characterize what the IRS did in 2003 when? Mr. Eaton says Mr. Khan should have been on notice in 2003 they issued a notice saying we are going to audit your books and records That's what they did those kinds of audit notices happen all the time in the United States. So there was there was no 2003 IRS declaration that these Structures or whatever the right term is is disallowable know what what had happened your honor was that in 99 and 2000 there were IRS notices and those notices are Public record there you can review them and you can draw your own conclusion They say nothing about the specific deal that Deutsche Bank was hoisting on its putative clients What they do say is that? Deals that don't have economic substance will not lead to proper tax losses But simultaneously with getting those notices The defendants are telling mr. Khan don't worry about the IRS process you are going to win in the audit You should fight the audit and you should not participate in the amnesty program So having trusted advisors and following them he does what they suggest and then it comes to the point where the IRS in fact rules Against him and disallows the losses But that's no different than the normal accounting malpractice case or lawyer Malpractice case where there's a claim that the advice given was to claim a certain loss so that you would not have to pay the requisite amount of taxes the courts in this in this state and Federated is very clear on this point following the Supreme Court of California in the Federsen case that the claim doesn't accrue Until the IRS has issued the notice saying you owe money until that point a claim is not right and the by analogy the same kinds of circumstances are applying here because what he was buying in 99 and 2000 was an investment opportunity, but regardless of what happened in the investment an opportunity to gain to claim a loss Now with respect to the fiduciary duty claim what the Court of Appeals held was that there were requisite factual allegations for a common law fiduciary duty that would arise out of the relationship that grew between the trusted advisors it BDO Seidman who brought in people they Untrusted and asked mr. Khan in effect you can trust them to and those people at Deutsche Bank and defendant parse who has subsequently been convicted of crime for his role in this escapade they Told him and built a relationship that is that meets the standards of special trust and duty repose That's all we have to do to plead at this point. The case is here on a motion to dismiss We're not here arguing about facts per se The question is the Court of Appeal determined was whether or not the pleading standard had been met Moreover, no one here on the other side has argued about another claim that we have raised involving negligent misrepresentation and at the very least this case has to go back for further development on negligent misrepresentation because the other side concedes that unlike fraud where there is law that says that one saying Negligent misrepresentation has occurred your claim might accrue then even if you may not have suffered loss at that time That's a rule that we would submit as contrary to the Gilliland case Decided by this court But even if you were to accept the notion that a wrongful statement or wrongdoing might trigger fraud The rule has always been different for negligent misrepresentation Which is that the claim doesn't accrue when the negligence occurs the claim accrues when? Damages occur and here those damages did not occur until 2008 they have virtually nothing to say about this claim the pellet court found that to be a sufficiently stated claim to go forward and to be remanded for trial now I do want to say and I want to reiterate because this is important the Denny case is not a Notice because and even if there was some kind of notice He didn't suffer any damages as to these defendants until the disallowance of his Claims now turning to the grant Thornton arguments for the moment We strenuously disagree with the way grant Thornton has argued about our Complaint and how we believe they have mischaracterized the complaint that goes against the contrary Long-standing rule of this state that a complaint should be construed to In the light most favorable to the plaintiff what they are seeking to do in effect is to take words out of context and concepts out of context in order to get to a place where we should have discovered the Wrongdoing that grant Thornton engaged in long before the disallowance occurred now there are arguments with respect to The statute we believe are flawed for a couple of reasons one. Is that the discovery here would only occur? after some Significant part of the portion of the process with the IRS has concluded i.e There being a tax deficiency because the way this deal was structured Thermosphere which was the entity that mr. Kahn was told to create Claimed losses in in a return that was prepared by grant Thornton the losses then flowed back to mr. Kahn on his personal Return so the statute does not say that it has to be the plaintiff's Losses flowing from that return although Thermosphere is a plaintiff in this lawsuit But rather what's necessary is that the accounting gauge in wrongdoing that results in a return being filed and that return Ends up in urine to the detriment of another now they claim That somehow we should have discovered by the by virtue of these IRS notices that there should have been harm earlier But as I've said earlier those IRS notices were not specific to the particular strategies And they were they were fraudulently concealed through the actions of the defendants in saying don't worry about those IRS notices We have a different deal here, and you will get through the audit process Now on the statute of repose argument Here the way the statute of repose works for accountant claims. There's a five-year period but then it says provided however that and Those words provided however that are sort of like the word BUT but in the law That is an exception and what that exception means is that within two years after the assessment of the taxes? The suit can proceed against the accountant notwithstanding the fact that the five-year period Normal statute of repose would have expired it is a special and unique provision for accountants But it is very clear on the plain terms That that period of time in which to bring a suit is extended until two years after the assessment has been made So there's a question in this case was an assessment made now our position Is that we surely cannot be faulted for bringing suit within two years after the deficiency notice? Because state law has a different way of looking at Assessment than the feds do with respect to when an IRS notice is done So at the very least if our claim at the at the current time or at the time it was filed might have been Premature because a formal assessment had not been made by the federal government. I think we can surely be Defend it and and as the record unfolds on remand, that's not an issue that this court would need to decide now It's simply a question in which you could make a determination that the word assessment is when some legal liability for taxes Under state law ensues and at that point it was clear that when the IRS made it's a deficiency notice That that was in fact the case I Believe that I've Stated all the arguments that I came here to state. I thank your indulgence I'm happy to answer any questions that you may have with my remaining time. And if you have none, we'll rest on the briefs Thank you. Thank you Justice Thomas, let me begin by responding to your questions. I stated repeatedly during my main argument that there are two components to their alleged fraud one that they could make a profit on their investment and Secondly, if they didn't those losses could be captured through a tax shelter. There's two components Council says I've mischaracterized our complaint. Well, let's look at paragraph 24, which is exactly the paragraph he mentioned The defendants and the other participants acting pursuant to an elaborate and carefully devised common scheme Counseled and advised plaintiffs to undertake the investment strategies claiming the investment strategies could yield a substantial profit and at the same time legally minimized point of state and federal tax liability At the time defendants marketed and sold the investment strategies to plaintiffs defendants knew or should have known That the investment strategies would not and could not yield the investment results number one or This is plaintiffs complaint tax treatment claimed Importantly defendants primary motive in their pre-planned scheme was to exact significant fees and commissions from the plaintiffs This is not solely a claim with respect to the tax shelter Justice Freeman, let me address your question again for some reason. I think better sitting down than standing up thought about it and that is When we're talking about the fiduciary duty claim, that's independent of the statute of limitation If we're successful on the statute of limitations, then the case is over period end of story It was after the court found under to 619 That the statute of limitations had expired that the court went on to address further The to 615 question with respect to whether or not they had pled a fiduciary duty So we do address those separately and the fiduciary duty really has nothing to do with the statute of limitations argument that we're making Secondly Justice Herman, I'd like to address your question with respect to the tax notices We are saying and again, this is the petition to quash summons, which is at common law record 1336 filed by mr. Khan against the IRS He says in paragraph 15 early on in the audit for each year the IRS Directly and indirectly proclaimed that it would disregard the entities Disallow all losses and expenses related to the investments in a sort of 40% penalty Consequently, mr. Khan and his advisers disagreed with the positions taken by the IRS and therefore anticipated litigation paragraph 17 mr. Khan and his ventures therefore engaged counsel in May of 2003 his own allegations in a federally filed petition to quash those summons said he knew in 2003 of those notices he disagreed with him and that he hired counsel and that's what persuaded the trial court with respect to the Denny lawsuit counsel remarkably says He's misstating the record. We're not part of that Well, look at judge Holderman's opinion, which is part of the record and I'm I apologize I did not have that exact site, but it's a 2007 opinion which was part of the Wasner affidavit that was submitted on the 2619 and Judge Holderman refers to con as a participant in the Denny class-action Lawsuit because the other side had raised an issue with respect this participation. He says that in the Opinion that he wrote I didn't make that up That's in an opinion written by judge Holderman that was part of this record and is part of this record so he knew in July of 2003 when he filed allegations Alleging fraud with respect to the investment he made with us as to both parse and Deutsche. He knew then That what he gave us to purchase those options Was a sham Investment and that he should be entitled to his money back. He knew from those IRS notices that They were saying these were contrived losses. There never was an intent to make money He's clearly on notice. He has an attorney and the statute of limitations cut off those claims and the trial judge was Absolutely, correct in finding that at the latest by May of 2003 he knew thank you very much Thank you There's absolutely no allegation in the complaint that Grant Thornton Sent anything to the plaintiffs after they did the 2000-2001 tax return for thermosphere this morning a police stated that there was some kind of Soothing of fears, but there is no allegation of that by Grant Thornton With regard to the notice what's interesting if you look at paragraph 139 of the complaint The plaintiffs allege that there's no doubt that the 2000 strategy defendants knew or should have known as a result of IRS notice 2000 issued on August 11 2000 if not earlier that the IRS would conclude that the purported losses arising from the 2000 coin strategy were not properly allowable What the circuit court did here was say well look You put this in your complaint. You're saying everybody here should know it by the IRS notices You've hired an attorney an experienced attorney an expert accountant in 2003 if they should have known back then you know as of 2003 That's why the cause of action is accrued under the discovery rule And there's when the statute of limitations began and suit was not brought here against Grant Thornton until 2009 Based on the statute as written it is time-barred with regard to the statute of repose. I did not hear Appellees say that there would be any assessment against thermosphere again Reading the statute as written the only tax return that was prepared by Grant Thornton was for a thermosphere the Exception to the repose period does not apply by its terms And I ask that this court reverse the appellate court and reinstate the dismissal. Thank you Thank you to all counsel for your arguments today case consolidated case numbers 1 12 to 19 1 12 to 21 and 1 12 to 23 Con versus BDO Seidman Deutsche Bank at all are taken under advisement as agenda number 9 Mr. Marshall the Illinois Supreme Court stands adjourned until tomorrow morning March 21 at 9 a.m.